No. 2015-40905

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

JP MORGAN CHASE BANK, N.A.,

*Plaintiff-Appellee*,

v.

DATATREASURY CORP.,

*Defendant-Appellant*.

Appeal from the United States District Court for the Eastern District of Texas in case no. 5:12-CV-00119, Judge Michael Schneider.

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

**I. Introduction**

Appellant DataTreasury Corp. ("DataTreasury") respectfully moves this Court for a 30-day extension of time in which to file its opening brief, pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 26.2. Appellee JP Morgan Chase Bank, N.A. ("JPMC") does not oppose the requested extension.

DataTreasury's opening brief is currently due on or before October 5, 2015. With the requested 30-day extension, DataTreasury's brief would be due on November 4, 2015. Neither party has previously sought any extensions.

## II. Good Cause for Extension

There is good cause for an extension of time pursuant to Federal Rule of Appellate Procedure 26(b) and 27(a)(2)(A) due to conflicting professional commitments of undersigned counsel, including a mid-October jury trial in the Northern District of Texas in Cause Number 3:14cr-0075-M (*United States v. McIntire*) and briefing for a matter pending before the United States Supreme Court, in Docket Number 14-1095 (*Musacchio v. United States, cert. granted* June 29, 2015). The requested extension will allow DataTreasury's counsel the opportunity to participate fully in preparing DataTreasury's opening brief.

## III. Statement of Opposition

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 26.2, counsel for DataTreasury discussed this motion with counsel for JPMC, and JPMC does not oppose the extension of time.

## IV. DataTreasury's Motion Should Be Granted

DataTreasury's motion for an extension of time should be granted for the following reasons:

1. The 30-day extension sought is brief and would not unduly delay the resolution of this appeal.

2. DataTreasury has shown good cause for the extension.

3. JPMC does not oppose the extension and would not be unduly prejudiced by it.

## V.   Conclusion

For the foregoing reasons, DataTreasury respectfully requests a 30-day extension of time from October 5, 2015, to November 4, 2015, to file its opening brief.

CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure, I hereby certify that counsel for Appellant conferred with Counsel for Appellee regarding Appellant's Motion for Extension of Time to File Appellant's Brief. Counsel for Appellee states that Appellee does not oppose the Motion.

_____
Karl A. Rupp

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2015, a true and correct copy of the foregoing motion was served on the following counsel in the manner indicated:

*Via Electronic Service and Email:*

Jennifer H. Doan
Texas Bar No. 08809050
Darby V. Doan
Texas Bar No. 00793622
HALTOM & DOAN
4975 Preston Park Blvd., Suite 625
Plano, TX 75093
Tel: (903) 255-1000
Fax: (903) 255-0800
jdoan@haltomdoan.com
ddoan@haltomdoan.com

Charles W. Schwartz
Texas Bar No. 17861300
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1000 Louisiana, Suite 6800
Houston, TX 77002-5026
Tel: (713) 655-5160
Fax: (713) 483-9160
charles.schwartz@skadden.com

ATTORNEYS FOR JPMORGAN CHASE BANK, N.A.

_____
Karl A. Rupp