No. 2015-40905

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

JP MORGAN CHASE BANK, N.A.,

*Plaintiff-Appellee*,

v.

DATATREASURY CORP.,

*Defendant-Appellant*.

Appeal from the United States District Court for the Eastern District of Texas in case no. 5:12-CV-00119, Judge Michael Schneider.

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
FOR AN EXTENSION OF TIME**

Having reviewed DataTreasury's Unopposed Motion for an Extension of Time, the Court finds good cause for the extension and **GRANTS** the motion. DataTreasury's opening brief is due on or before November 4, 2015.