# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 15, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-40905   JP Morgan Chase Bank, N.A. v. Datatreasury Corporation
                       USDC No. 5:12-CV-119

The court has granted in part an extension of time to and including October 20, 2015, ONLY, for filing appellant's brief in this case.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Jann M. Wynne, Deputy Clerk
                       504-310-7688

Mrs. Jennifer Haltom Doan
Mr. Elton Joe Kendall
Mr. Daniel Scott Mayerfeld
Mr. Karl Anthony Rupp
Mr. Charles W. Schwartz